1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EMUI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
        150 Almaden Blvd., Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5056
7       FAX: (408) 535-5066
        Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14

15                                       *E-ILED - 8/4/05*

16

17                                       CR-05-00344-RMW

18

...

ORDER TO EXCLUDE TIME
CR 05-00344 RMW

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA,            ) | No. CR 05-00344 RMW |
| 2 | Plaintiff,                ) | |
| 3 | v.                ) | ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT |
| 4 | JUAN IBARRA-ALVAREZ,            ) | CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |
| 5 | Defendant.                ) | |
| 6 | _____  ) | |

On June 20, 2005, the parties appeared before the Court for an initial appearance. At the hearing, Assistant Federal Public Defender Angela Hansen informed the Court that she has requested audiotapes of the defendant's deportation proceedings in order to evaluate if he has any defense to the charge of illegal reentry. Therefore, the parties jointly requested that the case be continued until July 25, 2005 in order for the Government to obtain the audiotape and provide it to AFPD Hansen. In addition, the parties stipulated and agreed that an exclusion under Speedy Trial Act from June 20, 2005 until July 25, 2005 was appropriate based on the defendant's need for effective preparation of counsel.

//

SO STIPULATED.                                    KEVIN V. RYAN
                                                  United States Attorney

DATED:_____                              _____
                                                  SUSAN KNIGHT
                                                  Assistant United States Attorney


DATED:_____                              _____
                                                  ANGELA HANSEN
                                                  Assistant Federal Public Defender


Accordingly, the Court HEREBY ORDERS that a status hearing be scheduled for July 25, 2005 at 9:00 a.m.

The Court FURTHER ORDERS that the time between June 20, 2005 and July 25, 2005 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the

1  public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The
2  Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§
3  3161(h)(8)(A) and 3161(h)(8)(B)(iv).
4  IT IS SO ORDERED.

  8/4/05
  Dated

  /S/ RONALD M. WHYTE
  RONALD M. WHYTE
  United States District Judge