BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant IBARRA-ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     E-FILED - 8/4/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00344-RMW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE STATUS DATE** |
| JUAN IBARRA-ALVAREZ, ) | |
| Defendant. ) | |

    Assistant United States Attorney Susan Knight and defendant, Juan Ibarra-Alvarez, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, July 25, 2005, should be continued to Monday, August 22, 2005 at 9:00 a.m.

    The parties stipulate and agree that the July 25 date should be continued because defense counsel would like to have time to review immigration hearing tapes to determine if there are any motions that can be filed in this case.  Defense counsel has not yet received these tapes. Government counsel has ordered the tapes and expects to receive them within the next week or two.

    The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would

1 unreasonably deny Mr. Ibarra the time necessary for effective preparation, taking into account the
2 exercise of due diligence.

4 Dated: July 20, 2005            _____/s/_____
                                      ANGELA M. HANSEN
5                                       Assistant Federal Public Defender

7 Dated: July 20, 2005            _____/s/_____
                                      SUSAN KNIGHT
8                                       Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00344 RMW |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **STATUS DATE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| JUAN IBARRA-ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

16  The parties have jointly requested to continue the status date set for July 25, 2005 to

17  August 22, 2005 at 9:00 a.m. so that defense counsel can have additional time to investigate and

18  prepare Mr. Ibarra's case.

19  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently

20  set for July 25, 2005 be continued to Monday, August 22, 2005 at 9:00 a.m.  Pursuant to the

21  parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 25, 2005

22  through and including August 22, 2005, shall be excluded from the period of time within which

23  trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

24

25  Dated: August _4_, 2005                     /s/ Ronald M. Whyte
                                                RONALD M. WHYTE
26                                              United States District Judge

3

1

Distribute to:

2

3   Angela Hansen
    Assistant Federal Public Defender
4   160 West Santa Clara Street, Suite 575
    San Jose, CA 95113
5   Counsel for Defendant

6   Susan Knight
    Assistant United States Attorney
7   150 Almaden Blvd., Suite 900
    San Jose, CA 95113
8   Counsel for the United States

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26